930 A.2d 1254

**Victor BROWN, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Aug. 20, 2007.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.